UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
BANKERS STANDARD INSURANCE       :
COMPANY,                                             :
        Plaintiff,                       :       **ORDER**
v.                                                            :
                                            :       21 CV 6677 (VB)
LUKE DARDIS,                                     :
        Defendant.                      :
--------------------------------------------------------------x

       On August 6, 2021, plaintiff Bankers Standard Insurance Company commenced the instant action against defendant Luke Dardis. (Doc. #1).

       On August 13, 2021, plaintiff docketed proof of service indicating service on defendant on August 11, 2021. (Doc. #6). Accordingly, defendant had until September 1, 2021, to respond to the complaint. (Id.).

       To date, defendant has not answered, moved, or otherwise responded to the complaint.

       Accordingly, provided that defendant remains in default, plaintiff is ORDERED to seek a certificate of default as to defendant by September 27, 2021, and thereafter to move, by order to show cause and in accordance with the Court's Individual Practices, for default judgment against defendant by October 12, 2021. **If plaintiff fails to satisfy either deadline, the Court may dismiss the case as to defendant without prejudice for failure to prosecute or failure to comply with court orders. Fed. R. Civ. P. 41(b).**

Dated: September 13, 2021
       White Plains, NY

                                SO ORDERED:

                                Vincent L. Briccetti
                                United States District Judge